UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SACV 07-838 CJC
      SACR 04-0301 CJC

Date: April 14, 2008

Title: UNITED STATES OF AMERICA v. MERVIN M. SOARES

===============================================================================

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING IN LIMITED PART DEFENDANT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY (filed 7/20/07)**

     Defendant's motion to vacate, set aside or correct sentence is GRANTED IN LIMITED PART. The Court vacates and reenters the judgment without hearing to allow Defendant to file and pursue a timely appeal. The Court notes that its decision is the one recommended by the Government to resolve the issue arising from Defendant's failure to file a timely notice of appeal.

/lcs

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk   MU